# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| *\*\*\*mail all correspondence* | |

March 14, 2023                                           **MEMORANDUM ENDORSED**

Honorable Gabriel W. Gorenstein                         **Letter Motion:**
United States Magistrate Judge                          **Extension of Time Request**
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re: Claudia Mustafa v. Comm'r of SSA  1:22-cv-09453-GWG**

Dear Honorable Judge Gorenstein:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's motion for Judgment on the Pleadings is due on March 15, 2023. Plaintiff's counsel has several briefing conflicts on the calendar due to an influx of certified record filings. Plaintiff therefore writes to respectfully request a sixty day extension of time to file her brief in this case. Accordingly, Plaintiff proposes the following revised schedule:

Plaintiff's Brief due May 15, 2023;
Defendant's Brief due June 13, 2023;
Plaintiff's Reply, if any, due June 27, 2023.

No previous request for an extension has been made in this case and the Defendant has given consent. Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc: Kristina Cohn, Esq.  (Via ECF)
    Attorney for Defendant.

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
March 14, 2023