**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CLAUDIA MUSTAFA,

                Plaintiff,                22 **CIVIL** 9453 (GWG)

    -v-                                      **JUDGMENT**

KILOLO KIJAKAZI,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated May 24, 2023, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, including the opportunity for a new hearing and issuance of a new decision.

**Dated:** New York, New York

       May 25, 2023

                                                      **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                           **BY:**

                                                                   **Deputy Clerk**